1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAVINDER SETHI, et al.,<br><br>　　　　Defendants. | No. 1:13-cv-00308-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

　　　WHEREAS, no Defendant has filed an answer or motion for summary judgment;

　　　WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

　　　Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 3, 2013                                    MOORE LAW FIRM, P.C.


                                                       /s/Tanya E. Moore
                                                       Tanya E. Moore
                                                       Attorneys for Plaintiff Natividad Gutierrez

///

///

///

*Gutierrez v. Sethi, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

1 **ORDER**

2     Good cause appearing,

3     IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4 The clerk is directed to close this action.  All pending matters and dates are vacated.

5

6

7 IT IS SO ORDERED.

8     Dated:   **April 3, 2013**            **/s/ Lawrence J. O'Neill**

9                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28