Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>RAVINDER SETHI, et al.,<br><br>             Defendants. | No.  1:13-cv-00308-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 3, 2013                                           MOORE LAW FIRM, P.C.


                                                              /s/Tanya E. Moore
                                                              Tanya E. Moore
                                                              Attorneys for Plaintiff Natividad Gutierrez

///

///

///

# **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.  All pending matters and dates are vacated.

IT IS SO ORDERED.

Dated:   **April 3, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE